NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SCEPTER CANADA, INC.,**
*Appellant*

**v.**

**NO SPILL, LLC,**
*Appellee*

---

2021-2282

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00360.

---

## JUDGMENT

---

SHARON A. ISRAEL, Shook, Hardy & Bacon, LLP, Houston, TX, argued for appellant. Also represented by KYLE E. FRIESEN; RYAN DYKAL, BASIL TRENT WEBB, Kansas City, MO.

ROBERT M. EVANS, JR., Lewis Rice LLC, St. Louis, MO, argued for appellee. Also represented by MICHAEL HENRY DURBIN, MICHAEL J. HARTLEY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and PROST, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 5, 2022          /s/ Peter R. Marksteiner
      Date            Peter R. Marksteiner
                      Clerk of Court